Jorge Geraldo Lazaro
1932 W Allen St
Allentown, PA  18104

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Jorge Geraldo Lazaro<br><br><br>          Debtor | Chapter 13<br><br>Bankruptcy No. 22-11871-PMM |

## PRAECIPE

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on April 27, 2023 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing chapter 13 trustee all creditors.

                                                                                    Respectfully Submitted

Date: March 14, 2023                                    */s/ Scott F. Waterman*
                                                                       Scott F. Waterman, Esq.
                                                                       Standing Chapter 13 Trustee